

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00561-CV

Arthur **PORTILLO**,
Appellant

v.

**RUSHMORE LOAN SERVICES, L.L.C.**, USA Residential Properties, L.L.C., and
Harvey Law Group a/k/a Kelly Harvey P.C.,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05319
Honorable John D. Gabriel, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellees, Rushmore Loan Services, L.L.C., USA Residential Properties, L.L.C., and Harvey Law Group a/k/a Kelly Harvey P.C., recover their costs of this appeal from appellant Arthur Portillo.

SIGNED October 23, 2013.

_____
Marialyn Barnard, Justice